**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DLJ Mortgage Capital, Inc.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Joseph Scarpinito, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-01953 PA (FFMx)<br><br>**NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER** |

    Glenn M. Gottlieb    is assigned to serve as the Attorney Settlement Officer in the above-captioned case.  This assignment is made:

☒ Pursuant to the ADR Pilot Program:

    ☐ The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

    ☐ Plaintiff has not notified the ADR Department of the name of the Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Manager of ADR Programs.

    ☒ The parties have agreed to the random selection of an Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to the Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Manager of ADR Programs.

☐ Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:

    ☐ The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

    ☐ The parties have agreed to the random selection of an Attorney Settlement Officer.  The above-named Attorney Settlement Officer has been randomly selected by the Manager of ADR Programs.

The settlement proceeding in this case is to be completed no later than:

    ☒   2/15/10  , as ordered by the assigned judge.

    ☐ forty-five days prior to the final pretrial conference, consistent with Local Rule 16-15.2.

                                         Clerk, U.S. District Court

Dated: September 21, 2009        By: _____
                                              Manager of Alternative Dispute Resolution Programs

ADR Manager to electronically file original and cc: Attorney Settlement Officer